KIRSHBAUM ET AL. *v.* CITY OF LOS ANGELES ET AL.

No. 155.   Decided October 19, 1959.*

*Roger Arnebergh* and *Bourke Jones* for the City of Los Angeles et al., *James J. Arditto* for the Housing Authority of Los Angeles, and *Pierce Works, Warren M. Christopher* and *Joe Crider, Jr.* for Los Angeles Dodgers, Inc., appellees.

PER CURIAM.

The motion of Louis Kirshbaum for leave to intervene as appellant in No. 291 is denied.   The motions to dismiss are granted and the appeals are dismissed.   Treating the papers whereon the appeals were taken as petitions for writs of certiorari, certiorari is denied.

---

*Together with No. 279, *Kirshbaum* v. *City of Los Angeles et al.,* and No. 291, *Ruben* v. *City of Los Angeles et al.,* also on appeals from the same Court.